| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Jason** | **D.** | **Craft** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse, if filing) | | | | |
| | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **Northern District of Illinois**

Case number (if known): **23-00493**

☑ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| 2.1 | **Illinois Department of Revenue**<br>Priority Creditor's Name<br>**Bankruptcy**<br>**P.O. Box 19035**<br>Number   Street<br>**Springfield, IL 62794-9035**<br>City                       State    ZIP Code<br>**Who incurred the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☑ At least one of the debtors and another<br>☐ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes<br>**Remarks:** Notice Purposes | Last 4 digits of account number _____<br>**When was the debt incurred?** _____<br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☑ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify | **unknown** | **unknown** | **$0.00** |

### Part 1: Your PRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| | $3,085.17 | $3,085.17 | $0.00 |

**2.2**

**Internal Revenue Service**
Priority Creditor's Name

**Centralized Insolvency Operation**

**Po Box 7346**
Number        Street

**Philadelphia, PA 19101-7346**
City                      State       ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** 2022 Income Taxes

**Last 4 digits of account number** _____

**When was the debt incurred?** 12/31/2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

Debtor 1 **Jason D. Craft** Case number *(if known)* **23-00493**
       First Name   Middle Name   Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**
- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☑ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

### 4.1 ACCEPTANCE NOW
Nonpriority Creditor's Name
5501 HEADQUARTERS DR
PLANO, TX 75024

Last 4 digits of account number **3819**
When was the debt incurred? **12/26/2018**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **RentalAgreement**

**$0.00**

### 4.2 Beermann LLP
Nonpriority Creditor's Name
161 N Clark St Ste 3000
Chicago, IL 60601-3346

Last 4 digits of account number **9967**
When was the debt incurred? **02/03/2023**

As of the date you file, the claim is: Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Ex Spouse Attorney Fees from Divorce**

**$16,541.17**

### 4.3 CAPITAL ONE AUTO FINAN
Nonpriority Creditor's Name
PO BOX 259407
PLANO, TX 75025

Last 4 digits of account number **6510**
When was the debt incurred? **08/07/2014**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**unknown**

Debtor 1 **Jason D. Craft** Case number *(if known)* **23-00493**
First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**   **Total claim**

---

**4.4** **CCS COLLECTIONS**  
Nonpriority Creditor's Name  
**PO BOX 607**  
Number   Street  
**NORWOOD, MA 02062**  
City   State   ZIP Code  

**Who incurred the debt?** Check one.  
☒ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ **Check if this claim is for a community debt**  
**Is the claim subject to offset?**  
☒ No  
☐ Yes  

**Last 4 digits of account number** 1551  
**When was the debt incurred?** 08/09/2016  
**As of the date you file, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Type of NONPRIORITY unsecured claim:**  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☒ Other. Specify  

**$145.00**

---

**4.5** **CITI/CBNA**  
Nonpriority Creditor's Name  
**PO BOX 6497**  
Number   Street  
**SIOUX FALLS, SD 571176497**  
City   State   ZIP Code  

**Who incurred the debt?** Check one.  
☒ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ **Check if this claim is for a community debt**  
**Is the claim subject to offset?**  
☒ No  
☐ Yes  

**Last 4 digits of account number** 6510  
**When was the debt incurred?** 10/11/2003  
**As of the date you file, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Type of NONPRIORITY unsecured claim:**  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☒ Other. Specify  
**ChargeAccount**

**$0.00**

---

**4.6** **DeWald Law Group**  
Nonpriority Creditor's Name  
**1237 S Arlington Heights Rd**  
Number   Street  
**Arlington Heights, IL 60005**  
City   State   ZIP Code  

**Who incurred the debt?** Check one.  
☒ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ **Check if this claim is for a community debt**  
**Is the claim subject to offset?**  
☒ No  
☐ Yes  

**Last 4 digits of account number** D414  
**When was the debt incurred?** 12/12/2022  
**As of the date you file, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Type of NONPRIORITY unsecured claim:**  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☒ Other. Specify  
**other**

**$10,093.70**

Debtor 1 **Jason** **D.** **Craft**     Case number *(if known)* **23-00493**
First Name    Middle Name    Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.7** **Illinois Dept of Employment Security**
Nonpriority Creditor's Name
**Benefit Payment Control Division**
**Po Box 4385**
Number   Street
**Chicago, IL 60680-4385**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ❏ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❏ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unemployment Benefit Overpayment**

**$1,400.00**

---

**4.8** **JEFFERSON CAPITAL SYST**
Nonpriority Creditor's Name
**16 MCLELAND RD**
Number   Street
**SAINT CLOUD, MN 56303**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

**Last 4 digits of account number** **0068**
**When was the debt incurred?** **08/13/2020**

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❏ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **FactoringCompanyAccount**

**$490.00**

---

**4.9** **LVNV FUNDING LLC**
Nonpriority Creditor's Name
**PO BOX 1269**
Number   Street
**GREENVILLE, SC 29602**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

**Last 4 digits of account number** **6015**
**When was the debt incurred?** **02/18/2020**

**As of the date you file, the claim is:** Check all that apply.
- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❏ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **FactoringCompanyAccount**

**$651.00**

---

Debtor 1  **Jason**        **D.**           **Craft**                                  Case number *(if known)* **23-00493**
        First Name    Middle Name    Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**     **Total claim**

---

**4.10**   **MERCHANTS CREDIT GUIDE**        Last 4 digits of account number **0647**              **$980.00**
Nonpriority Creditor's Name

**209 SOUTH LASALLE ST. ST**        When was the debt incurred? **06/08/2021**
Number    Street

**CHICAGO, IL 60604**        As of the date you file, the claim is: Check all that apply.
City        State    ZIP Code

- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ❏ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CollectionAttorney**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

---

**4.11**   **MERCHANTS CREDIT GUIDE**        Last 4 digits of account number **0648**              **$641.00**
Nonpriority Creditor's Name

**209 SOUTH LASALLE ST. ST**        When was the debt incurred? **06/08/2021**
Number    Street

**CHICAGO, IL 60604**        As of the date you file, the claim is: Check all that apply.
City        State    ZIP Code

- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ❏ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CollectionAttorney**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

---

**4.12**   **MERCHANTS CREDIT GUIDE**        Last 4 digits of account number **0646**              **$417.00**
Nonpriority Creditor's Name

**209 SOUTH LASALLE ST. ST**        When was the debt incurred? **06/08/2021**
Number    Street

**CHICAGO, IL 60604**        As of the date you file, the claim is: Check all that apply.
City        State    ZIP Code

- ❏ Contingent
- ❏ Unliquidated
- ❏ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only
- ❏ At least one of the debtors and another
- ❏ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ❏ Student loans
- ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **CollectionAttorney**

**Is the claim subject to offset?**
- ☑ No
- ❏ Yes

---

Debtor 1  **Jason    D.    Craft**                                    Case number *(if known)* **23-00493**
           First Name   Middle Name   Last Name

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**    **Total claim**

---

**4.13**  **Northshore University Healthsystem**    Last 4 digits of account number **1734**    **$7,387.39**
Nonpriority Creditor's Name

**23056 Network Place**    When was the debt incurred?  **12/21/2022**
Number    Street

**Chicago, IL 60673**    **As of the date you file, the claim is:** Check all that apply.
City        State    ZIP Code
- ❏ Contingent

**Who incurred the debt?** Check one.
- ❏ Unliquidated
- ☑ Debtor 1 only
- ❏ Disputed
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only    **Type of NONPRIORITY unsecured claim:**
- ❏ At least one of the debtors and another
  - ❏ Student loans
- ❏ **Check if this claim is for a community debt**
  - ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
  - ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ No
  - ☑ Other. Specify **medical bill**
- ❏ Yes

---

**4.14**  **Shana Vitek**    Last 4 digits of account number ____    **$16,541.17**
Nonpriority Creditor's Name

**2275 Half Day Rd**    When was the debt incurred?  ____
Number    Street

**Deerfield, IL 60015-1217**    **As of the date you file, the claim is:** Check all that apply.
City        State    ZIP Code
- ☑ Contingent

**Who incurred the debt?** Check one.
- ❏ Unliquidated
- ❏ Debtor 1 only
- ☑ Disputed
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only    **Type of NONPRIORITY unsecured claim:**
- ☑ At least one of the debtors and another
  - ❏ Student loans
- ❏ **Check if this claim is for a community debt**
  - ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
  - ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ No
  - ☑ Other. Specify **Attorney Fees from Divorce**
- ❏ Yes

---

**4.15**  **SYNCB/NETWRK**    Last 4 digits of account number **4870**    **unknown**
Nonpriority Creditor's Name

**C/O PO BOX 965036**    When was the debt incurred?  **07/03/2012**
Number    Street

**ORLANDO, FL 32896**    **As of the date you file, the claim is:** Check all that apply.
City        State    ZIP Code
- ❏ Contingent

**Who incurred the debt?** Check one.
- ❏ Unliquidated
- ☑ Debtor 1 only
- ❏ Disputed
- ❏ Debtor 2 only
- ❏ Debtor 1 and Debtor 2 only    **Type of NONPRIORITY unsecured claim:**
- ❏ At least one of the debtors and another
  - ❏ Student loans
- ❏ **Check if this claim is for a community debt**
  - ❏ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**
  - ❏ Debts to pension or profit-sharing plans, and other similar debts
- ☑ No
  - ☑ Other. Specify **ChargeAccount**
- ❏ Yes

| Debtor 1 | **Jason** | **D.** | **Craft** | Case number *(if known)* **23-00493** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

**After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.**     **Total claim**

---

**4.16**

**TRANSWORLD SYSTEM INC/**
Nonpriority Creditor's Name

**500 VIRGINIA DR STE 514**
Number     Street

**FORT WASHINGTON, PA 19034**
City            State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** **5879**
**When was the debt incurred?** **06/29/2021**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **CollectionAttorney**

**$319.00**

---

**4.17**

**WESTLAKE FINANCIAL SVC**
Nonpriority Creditor's Name

**4751 WILSHIRE BLVD STE 1**
Number     Street

**LOS ANGELES, CA 90010**
City            State       ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** **6031**
**When was the debt incurred?** **06/14/2019**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **AutoLoan-REPO**

**$10,169.00**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jason**  **D.**  **Craft** | Case number *(if known)* | **23-00493** |
| | First Name   Middle Name   Last Name | | |

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $3,085.17 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $3,085.17 |

|  |  |  | **Total claim** |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $65,775.43 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $65,775.43 |

Fill in this information to identify your case:

Debtor 1: **Jason** **D.** **Craft**
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **Northern District of Illinois**

Case number (if known): **23-00493**

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)*.

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ Jason D. Craft
Jason D. Craft, Debtor 1

Date 03/07/2023
MM/ DD/ YYYY

Official Form 106Dec **Declaration About an Individual Debtor's Schedules**