# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:

Jason D. Craft

      Debtor.

**A CHAPTER 7 PROCEEDING**

Case No. 23-00493

Judge: Honorable A. Benjamin Goldgar

## CERTIFICATE OF SERVICE BY THE CM/ECF SYSTEM AND REGULAR FIRST CLASS MAIL

Pursuant to Local Rule 9013-1 (D)(4), and in accordance with the Administrative Procedures for the Case Management/Electronic Case Filing System, electronic filing of a document constitutes service on any person who is a Registrant entitled to file documents using the Case Management/Electronic Case Filing System and who has filed a document in the case in electronic format via the System.

I, the undersigned attorney, certify and state pursuant to Local Rule 9013-1(D)(1)(4), that this ATTACHED NOTICE OF CHAPTER 7 BANKRUPTCY CASE were filed and served upon U.S. Trustee, all creditors and all Parties identified as Registrants, on the date the Notice and Motion were filed electronically with the Clerk of the U.S. Bankruptcy Court, through the Court's Electronic Notice of Registrants, and, as to all other parties as indicated on the service list attached by First Class Mail to the addresses shown by mailing a true and correct copy of same in a properly addressed envelope, postage paid, and deposited with the U.S. Mail at or near 1016 W. Jackson Boulevard, Chicago, IL., 60607, on the 22nd day of March, 2023.

Respectfully submitted,

By: /s/ J. Kevin Benjamin
Attorney for the Debtor

J. Kevin Benjamin, Esq.
Benjamin Legal Services PLC
1016 West Jackson Blvd.
Chicago, Illinois 60607-2914
Phone: (312) 853-3100
ARDC #: 6202321

Dated this 22nd Day of March, 2023

**ELECTRONIC SERVICE LIST**

**(Registrants Served Through the Court's Electronic Notice for Registrants):**

**Notice will be electronically mailed and sent to:**

Ilene F Goldstein, ESQ
ifgcourt@aol.com, IL35@ecfcbis.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

**Creditors Served Through the Court's Electronic Notice for Registrants**

Any Creditor, Party in Interest or Registrant whom is registered with the Bankruptcy Court's Electronic Case Filing system and has registered to, or is otherwise set to receive notices on this particular matter, will receive an electronic notice upon the filing of this instrument.

**SERVICE LIST FOR PARTIES IN INTEREST SERVED BY MAIL**

**CREDITORS**

Beermann LLP
161 N. Clark St
Suit 3000
Chicago, Illinois 60601

Shana Vitek
2275 Half Day Rd
Deerfield, IL. 60015-1217